**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC., | Case No. 20-cv-06676 |
| Plaintiff, | **Judge Martha M. Pacold** |
| v. | **Magistrate Judge Young B. Kim** |
| CYCLING FRANCHISE STORE, et al., | |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| SHANGJI | 38 |

Dated this 8th day of January 2021.   Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Oakley, Inc.*